# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ROBERT SUTTON,**

      **Plaintiff,**

  v.

**DIVERSITY AT WORK GROUP, INC., et al.,**

      **Defendants.**

Case No. 1:20-cv-682

JUDGE DOUGLAS R. COLE

## ORDER GRANTING PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR FLSA SETTLEMENT APPROVAL

The Court, having reviewed Plaintiff's Unopposed Amended Motion for Settlement Approval, hereby **ORDERS** and **ADJUDGES**:

1. Plaintiff's Unopposed Amended Motion for FLSA Settlement Approval is hereby **GRANTED**.

2. The Court grants approval of the settlement terms as described in the Parties' Amended Settlement Agreement and in Plaintiff's Amended Motion. In doing so, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA claims.

3. The Court further finds that the prompt distribution of settlement funds described in the Amended Settlement Agreement is appropriate under the FLSA, and the proposed distribution procedure is consistent with the FLSA's remedial goals.

4. The proposed settlement falls within the "range of reasonableness" for FLSA settlements.

5. Based on a review of docket and the papers submitted by the Parties, the Court finds that the settlement is the result of arms-length negotiations conducted after Counsel for both Parties have adequately investigated the claims and became familiar with the strengths and weaknesses of those claims.

6. The resolution of this case has created a common benefit fund for the collective, so it is appropriate to assess attorneys' fees against the fund. *Waters v. Pizza To You, LLC*, No. 3:19-cv-372, 2022 WL 3048376, 2022 U.S. Dist. LEXIS 139084, at *9–10 (S.D. Ohio Aug. 1, 2022).

7. Further, the requested fee meets the requirements of all the relevant additional factors considered by courts in the Sixth Circuit. *See Ramey v. Cincinnati Enquirer, Inc.*, 508 F.2d 1188, 1196 (6th Cir. 1974).

8. Therefore, payment of attorneys' fees to Collective Counsel is approved in the amount of $66,666.66.

9. The request for reimbursement of advanced litigation costs in the amount of $11,456.69 is also approved.

10. The proposed incentive service award of $10,000.00 is reasonable and is approved.

11. The Parties are ordered to carry out the settlement according to its terms.

12. The Court shall retain jurisdiction to enforce and interpret the Amended Settlement Agreement.

13. The Rule 23 class allegations are dismissed without prejudice.

14. The state and federal law claims of the FLSA Collective are dismissed with prejudice.

**SO ORDERED.**

November 14, 2022
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**